UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LORENZO ACOSTA,

                Plaintiff(s)

           -against-

PRESTIGE MANAGEMENT, INC.,

                Defendant(s).
-------------------------------------------------------------X

26 civ 20 (JGK)

**ORDER**

The conference scheduled for Wednesday, May 27, 2026, at 12:00pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      May 20, 2026