UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LORENZO ACOSTA,

                    Plaintiff,                              26-cv-0020 (JGK)

          - against -                                       Order

PRESTIGE MANAGEMENT, INC.,

                    Defendant.

---

John G. Koeltl, District Judge:

    The parties are directed to submit a post-mediation report indicating whether a settlement was reached by **July 1, 2026**.

SO ORDERED.

Dated:    New York, New York
          June 29, 2026

                                        _____
                                              John G. Koeltl
                                        United States District Judge