Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

**Madeline Howard, Esq.**
**madeline@employeejustice.com**

August 19, 2026

***Via ECF:***
United States District Judge John G. Koeltl
United States Magistrate Judge Robyn F. Tarnofsky
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Lorenzo Acosta v. Prestige Management Inc., Case ID 1:26-cv-00020-JGK-RFT**

Dear Your Honors:

I write to submit this joint request for a 36-day extension of the deadline to file the executed FLSA settlement agreement and letter pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), from August 24, 2026, until September 29, 2026. This is the second request for an extension of this deadline. The Court previously granted Plaintiff's prior request for an extension of this deadline from July 24, 2026, to August 24, 2026.

Plaintiff has not yet received the conditional payment letter from the government regarding Medicare/Medicaid liens that Defendant's insurer requires before settlement payment may be made, but is in active communication with the Medicare office and anticipates receiving this letter within the next 15 days. Based on the calendars for both parties' counsel, the parties anticipate needing some additional time after the receipt of this letter to complete the *Cheeks* submission.

The parties appreciate the Court's attention to this matter.

Application GRANTED. The parties' deadline to file the executed FLSA settlement agreement and *Cheeks* letter is extended until **September 29, 2026**. The Clerk of Court is respectfully requested to terminate ECF 33.

Dated: August 19, 2026
New York, NY

SO ORDERED
[signature]
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Respectfully,

[signature]
Madeline Howard, Esq.