Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

**Madeline Howard, Esq.**
**madeline@employeejustice.com**

September 28, 2026

Application GRANTED. The parties' deadline to file their executed FLSA settlement agreement and *Cheeks* letter is extended until **October 29, 2026**.

The Clerk of Court is respectfully requested to terminate ECF 35.

Dated: September 28, 2026
New York, NY

SO ORDERED
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

***Via ECF:***
United States District Judge John G. Koeltl
United States Magistrate Judge Robyn F. Tarnofsky
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Lorenzo Acosta v. Prestige Management Inc., Case ID 1:26-cv-00020-JGK-RFT**

Dear Your Honors:

This office represents Lorenzo Acosta, the Plaintiff in this action. We write with the consent of Defendant's counsel to request a 30-day extension of the deadline to file the parties' executed FLSA settlement agreement and letter pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), from September 29, 2026 until October 29, 2026. This is the third request for an extension of this deadline. The Court granted Plaintiff's prior request for a 36-day extension of this deadline until September 29, 2026.

Plaintiff has not yet received the conditional payment letter from the government regarding Medicare/Medicaid liens that Defendant's insurer requires before settlement payment may be made. The Medicare office has indicated that the letter will not be provided until October 26, 2026 at the earliest. The parties are discussing alternative ways to approach settlement, which could allow filing for *Cheeks* approval before the letter arrives, if possible, but need some additional time to discuss and arrive at a solution.

The parties appreciate the Court's attention to this matter.

Respectfully,

Madeline Howard, Esq.