Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

**Madeline Howard, Esq.**
**madeline@employeejustice.com**

October 29, 2026

***Via ECF:***
United States Magistrate Judge Robyn F. Tarnofsky
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: *Lorenzo Acosta v. Prestige Management Inc.,***
**Case ID 1:26-cv-00020-JGK-RFT**

Dear Judge Tarnofsky:

This office represents Lorenzo Acosta, the Plaintiff, in this action. We write jointly with counsel for Defendant to request an extension of the deadline to file the parties' executed FLSA settlement agreement and letter pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), from October 29, 2026, until **November 20, 2026**. This is the fourth request for an extension of this deadline. The Court granted the prior request for a 30-day extension of this deadline until October 29, 2026.

Plaintiff has not yet received the conditional payment letter from the government regarding Medicare/Medicaid liens that Defendant's insurer requires before settlement payment may be made. The parties therefore need some additional time to complete the *Cheeks* submission.

The parties appreciate the Court's attention to this matter.

Respectfully submitted,

Application GRANTED. The parties' deadline to file their executed FLSA settlement agreement and *Cheeks* application is extended until **November 20, 2026**.

The Clerk of Court is respectfully requested to terminate ECF 37.

Dated: October 29, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

/s/
Madeline Howard, Esq.
**Joseph & Norinsberg, LLC**
*Attorneys for Plaintiff*
Tel.: (212) 227-5700